IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GOODALL OIL COMPANY and
MICHAEL RYAN,

    Plaintiffs,

  v.

PILOT CORPORATION and
PILOT TRAVEL CENTERS, LLC,

    Defendants.

Case No. 19-cv-428-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Pilot Corporation and Pilot Travel Centers, LLC against plaintiffs Goodall Oil Company and Michael Ryan dismissing this case.

| s/ K. Frederickson, Deputy Clerk | December 18, 2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |